JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>v.<br><br>SAPPHIRE INVESTMENTS LLC, a California limited liability company,<br><br>Defendant. | Case No. CV 22-4692-GW-RAOx<br><br>**FINAL JUDGMENT** |

In accordance with the Court's Supplemental Ruling on Defendant Sapphire Investments LLC's Motion for Summary Judgment (Docket No. 58), Order on Defendant Sapphire Investments LLC's Motion for Summary Judgment (Docket No. 65) and pursuant to Fed. R. Civ. Proc. 54, 56(f) and 58(b)(2),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that :

1. Judgment is entered in favor of Defendant Sapphire Investments LLC and against Plaintiff Theresa Brooke.

2. Defendant shall be awarded fees and costs as provided by law, e.g. Fed. R. Civ. P. 54(d) and 28 USC § 1920.

Dated:  June 12, 2023

_____
HON. GEORGE H. WU
United States District Judge