UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 27 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>SAPPHIRE INVESTMENTS LLC, a California limited liability company,<br><br>Defendant-Appellee. | No.   23-55504<br><br>D.C. No. 2:22-cv-04692-GW-RAO<br>Central District of California, Los Angeles<br><br>ORDER |

Before: BERZON, BRESS, and VANDYKE, Circuit Judges.

The parties' stipulated motion to dismiss this appeal is granted. Fed. R. App. P. 42(b). The parties shall bear their own fees and costs on appeal.

This order shall constitute the mandate of this court.